UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.  2:25-cv-10274-MWC-AYP                                  Date: April 1, 2026

Title:    Jeanneth Franco v. Costco Wholesale Corporation *et al.*


Present:  The Honorable Michelle Williams Court, United States District Judge


| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:
                N/A                                            N/A


**Proceedings: (IN CHAMBERS) ORDER REMANDING CASE (DKTS. [25], [26]) JS-6**

On March 10, 2026, the Court granted Plaintiff's motion for leave to amend her complaint.  *See* Dkt. # 25.  Plaintiff's amended complaint adds Jesus Jacobo as a defendant, *see* Dkt. # 26, destroying the complete diversity necessary for the case to remain in federal court, *see* 28 U.S.C. § 1332(a)(1).  For that reason, the Court's March 10 order asked Defendant Costco Wholesale Corporation ("Defendant") to show cause by March 27, 2026, as to why "the Court should not remand the action for lack of subject matter jurisdiction." *See* Dkt. # 25 at 4.  Defendant failed to file a response.  Accordingly, the Court **REMANDS** the action to Los Angeles County Superior Court.  This Order closes the case.  [JS-6]

    **IT IS SO ORDERED.**


                                                              :
                                        **Initials of Preparer**   TJ